UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14010-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CRISTOBAL ANDRES LORENZO-SEBASTIAN,**

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 22]. On March 14, 2025, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 18] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 10] pursuant to a written plea agreement and stipulation of facts and acknowledgment of offense elements in support of guilty plea [ECF Nos. 19–20]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 10]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 22] is **ACCEPTED**.

    2. The guilty plea entered by Defendant **Cristobal Andres Lorenzo-Sebastian** as to the

CASE NO. 25-14010-CR-CANNON

sole Count of the Indictment is **ACCEPTED**.

3. Defendant **Cristobal Andres Lorenzo-Sebastian** is adjudicated guilty of the sole Count of the Indictment, which charges him with, an alien having previously been previously removed from the United States, in violation of Title 8 U.S.C. § 1326(a) [ECF No. 10].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of April 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record